IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO.: 2:18-425 |
| ) | |
| v. ) | 21 U.S.C. §841(a)(1) |
| ) | 21 U.S.C. §841(b)(1)(C) |
| ) | 21 U.S.C. §841(b)(1)(E)(2) |
| ) | 21 U.S.C. § 853 |
| ) | 21 U.S.C. § 881 |
| ) | 28 U.S.C. § 2461(c) |
| RONALD P. HARGRAVE ) | |
| ) | SUPERSEDING INDICTMENT |

## COUNT 1

THE GRAND JURY CHARGES:

That on or around March 10, 2017, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute oxycodone, a Schedule II controlled substance, to (C.K.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or around March 10, 2017, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute dextroamphetamine, a Schedule II controlled substance, to (C.K.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or around March 10, 2017, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute alprazolam and clonazepam, both Schedule IV controlled substances, to (C.K.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(2).

## COUNT 4

THE GRAND JURY FURTHER CHARGES:

That on or around February 20, 2017, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute oxycodone, a Schedule II controlled substance, to (D.W. and J.L.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 5

THE GRAND JURY FURTHER CHARGES:

That on or around February 20, 2017, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute alprazolam, a Schedule IV controlled substance, to (D.W. and J.L.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(2).

## COUNT 6

THE GRAND JURY FURTHER CHARGES:

That in or about May 2015, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute alprazolam, a Schedule IV controlled substance, to (M.F.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(E)(2).

## COUNT 7

THE GRAND JURY FURTHER CHARGES:

That on or around April 25, 2015, in the District of South Carolina, the defendant, RONALD P. HARGRAVE, did knowingly, intentionally and unlawfully distribute oxycodone, a Schedule II controlled substance, to (M.F.),

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

# FORFEITURE

## DRUG OFFENSES:

Upon conviction for felony violation of Title 21, United States Code as charged in this Superseding Indictment, the Defendant, RONALD P. HARGRAVE, shall forfeit to the United States all of the Defendant's right, title and interest in and to any property, real and personal,

- A. constituting, or derived from any proceeds the Defendant obtained, directly or indirectly, as the result of such violation of Title 21, United States Code, and all property traceable to such property;
- B. and/or used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violation of Title 21, United States Code.

## PROPERTY:

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for offenses charged in this Superseding Indictment includes, but is not limited to, the following:

### Forfeiture Judgment:

A sum of money equal to all property the Defendant obtained as a result of the drug offenses charged in the Superseding Indictment, and all interest and proceeds traceable thereto as a result for his violation of 21 U.S.C. §841.

### Professional License:

Medical license #12316 issued to Ronald Paul Hargave by the South Carolina Board of Medical Examiners.

## SUBSTITUTION OF ASSETS:

If any of the property described above as being subject to forfeiture, as a result of any act or omission of the Defendant:

- A. cannot be located upon the exercise of due diligence;
- B. has been transferred or sold to, or deposited with, a third person;
- C. has been placed beyond the jurisdiction of the Court;
- D. has been substantially diminished in value; or
- E. has been commingled with other property which cannot be subdivided without difficulty.

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant's up to an amount equivalent to the value of the above-described forfeitable property;

Pursuant to Title 21, United States Code, Sections 853 and 881, and Title 28, United States Code, Section 2461(c).

A    True                    BILL

*Sherri A. Gil*
SHERRI A. LYDON (WDHjr)
UNITED STATES ATTORNEY