UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL NO. 2:18-cr-425 |
| v. | ) | |
| | ) | VERDICT FORM |
| RONALD P. HARGRAVE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

## COUNT 1

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

__✓__ GUILTY          _____ NOT GUILTY

## COUNT 2

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

__✓__ GUILTY          _____ NOT GUILTY

## COUNT 3

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

__✓__ GUILTY          _____ NOT GUILTY

## COUNT 4

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

__✓__ GUILTY          _____ NOT GUILTY

1

### COUNT 5

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

___✓___ GUILTY          _____ NOT GUILTY

### COUNT 6

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

___✓___ GUILTY          _____ NOT GUILTY

### COUNT 7

We the jury unanimously find the defendant, RONALD P. HARGRAVE:

___✓___ GUILTY          _____ NOT GUILTY



_____
FOREPERSON

2