IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

United States of America

Case No. 2:18-cr-425-MBS

Plaintiff,

vs.

Ronald P. Hargrave

Defendant.

## RECEIPT - GOVERNMENT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits:

See Exhibit List.

July 18, 2019

_____
Attorney for Government

## RECEIPT - DEFENDANT'S EXHIBITS

I hereby acknowledge receipt of the following exhibits:

See Exhibit List.

July 18, 2019

_____
Attorney for Defendant