GOVERNMENT EXHIBIT