GOVERNMENT
EXHIBIT
20

PENGAD 800-631-6989