

GOVERNMENT EXHIBIT 21

PENGAD 800-631-6989