

GOVERNMENT EXHIBIT 26