29 January 2020

Major George J. Hogan
26 25th Avenue
Isle of Palms, SC 29451

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave, United States v Hargrave [2:18-cr-00425]

Dear Judge Seymour,

I have been seeing Dr. Hargrave semiannually for more than 22 years. He has been my FAA certified "flight doc" during that time. Over that time period I have flown for three airlines and the United States Air Force. Dr. Hargrave has always been there for me over the years regardless of the time of day or night. Several times over the years I have needed a flight physical on short notice and he has always made time for me, sometimes late at night after he returned from a full day at work. Dr. Hargrave has always been professional, caring, and available whenever needed. Hundreds of pilots have counted on Dr. Hargrave over the past 25 plus years, most of whom consider him not just a "flight doc", but a friend.

Dr. Hargrave has always been compassionate, professional, and willing to help, even with family members. I feel that his compassion for his patients has been taken advantage of by some. Dr. Hargrave is perhaps guilty of trusting his patient's too much at times, but he is absolutely NOT a drug trafficker!

On behalf of the hundreds of professionals that have called Dr. Hargrave their "flight doc" and friend over the years, I ask that you show leniency in Dr. Hargrave's case. His wife is in a very fragile state of health and putting him in jail would certainly affect her hugely in a negative way!

Thank you for your time and consideration. Dr. Hargrave's integrity, dedication, and compassion over the years has benefitted literally hundreds of professionals in the aviation industry. He has been an asset to the community and I am proud to call him a friend.

Sincerely,

George J. Hogan
Major, USAF, Retired
Pilot, Delta Air Lines

Jeff Hazlewood
602 W 10th Ave
Anchorage, AK 99501

20 January 2020

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave, United States v Hargrave (2:18-cr-00425)

Dear Judge Seymour,

I am writing to request leniency in the upcoming sentencing of Dr. Ronald Hargrave. I have known Dr. Hargrave as a patient and friend for almost 20 years. I served in the US Air Force both on active duty and in the reserves for over 23 years and am now a Captain at UPS Airlines.

I respect the law as well as the work done by those in the profession of the law. I am not intimately familiar with the exact details of the case against Dr Hargrave, however I am very familiar with the character of Dr. Hargrave. Dr. Hargrave is an extremely compassionate and giving man. He has provided excellent care for me both as a physician and a friend for as long as I have known him. As an airline pilot, I require a physical every 6 months. I live in Alaska and very often travel to Charleston to see Dr Hargrave as his level of care and expertise is so far above any other AME (Aviation Medical Examiner) I ever visited. I would never accept the diagnosis, medication suggestion or opinion of another AME without first checking with Dr. Hargrave who is always available with the right answer or the right person to contact.

I have watched Dr. Hargrave deal with difficult family issues for years. I have listened to heart-breaking stories from both him and others close to him and have been amazed with the grace and dignity he has displayed under such circumstances. I understand the position he is in now is due to a poor choice and Dr. Hargrave has to live with the consequences of that choice. I am taking the time to write this letter because I very firmly believe the intent of his choice was for the good of others and not to serve himself. That is who Dr. Hargrave is, and I humbly ask you to consider this when deciding his sentence as there are many options for justice in this case short of prison.

Thank you very much for taking the time to read this letter and for the service you provide our country. I never take a letter of character lightly, especially in a case like this, and I appreciate your consideration.

Sincerely,

Jeff Hazlewood
Lt Col, USAF, (RET)
Captain UPS Airlines

**Lt Col Mark Closson**
**101 E Shepard Lane**
**Summerville, SC 29483-4210**
**843-324-4105**

February 1, 2020

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave, United States v Hargrave [2:18-cr-00425]

Dear Judge Seymour:

I have the privilege of writing you on behalf of my friend Dr. Ronald Hargrave. I have known Ronnie for very close to twenty years. As a military pilot and flight officer for United Airlines, I have required the aviation medical services that Ronnie provides. I am well aware that he has served in excess of a thousand local aviators faithfully for many years. Because a pilot's health is critical to our ability to work in the aviation arena, pilots need a competent physician who can assist them in managing the interests of their health needs but also for the benefit of the flying public. Ronnie has been an amazing advocate successfully merging the interests of commercial and military pilots and the Federal Aviation Administration. Countless stories circulate in our tight knit aviation community of the many pilots who were personally helped by Ronnie. Ronnie didn't just see a pilot for an hour checkup, but he works tirelessly with many pilots to ensure their health is managed and represented properly in order that they are able to continue their flying service.

I specifically am aware of a friend who while flying in the military experienced PSD that should have ended not only his military service, but also his commercial profession. I am moved by the sacrifice of countless hours Ronnie donated to this serviceman's care to ensure he could serve again AND retain his opportunity to serve the flying public as a commercial pilot. This military service man and his family would have experienced unimaginable harm if not for the efforts of Dr. Ronald Hargrave. I am aware of similar stories, but I know there are countless more. We the aviation community are already gravely missing the services of this fine man.

I am also aware of other services to the community that he and his wife, Fran, have given over the years. Sponsoring local sports teams and donating box office tickets for RiverDog's events are among many such examples. My hope is that by reading other letters such as this one that you begin to have a picture of a man and his family so fully integrated into our shared community by giving so much of themselves without expectations of any tangible return. We need more "Ronnie's" in our Charleston community.

I do desire to communicate to the court my recognition of the seriousness of the crime Dr. Hargrave has been found guilty. I have read numerous stories of citizens who have suffered due to the abuse of opioid drugs. I recognize this offense has victims and Dr. Hargrave's lapse in judgment does contribute to serious consequences for those using these medications. However, I do not believe he should suffer a severe sentence as if we resolve this epidemic by sentencing one man to an egregious and unjustified sentence. If he suffers such an injustice, we will not be providing him a path for restoration, but literally an obituary for a living man.

It is in this spirit that I respectfully request mercy from this court. I am unaware of your latitude for sentencing, but I request you give him maximum leniency. I am confident that after completion of a minimum sentence he will return to our community ready to engage as he has before in supporting the community. Honestly, we need him. I pray the tragic circumstances bringing Dr. Ronald Hargrave before this court do Not have the opportunity to define his life, but rather offer him the opportunity for restoration so that we, his friends in the Charleston area, again enjoy the benefits of his relationship in our community.

Thank you for your service to the public through your adjudication. I am in prayer for your decision and remain hopeful that Ronnie is restored to our community very soon. I am confident that if given the opportunity, Ronnie will rejoin our society again as a public servant.

Very Respectfully,

Mark Closson
Lt Col (retired) USAF
Flight Officer United Airlines

# Office of Robert Bovender

905 Harvest Way, Mount Pleasant South Carolina, 29464 · 843.819.0809
Rbovender@att.net

January 16, 2020

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

RE: Sentencing of Dr. Ronald Hargrave, United states v Hargrave [2:18-cr-00425]

Dear Judge Seymour:

I honorably retired as Lt Colonel (USAF) in 2011 after 23 years.  My wife (Carrie) and I are very active in the community including AMHS Foundation, Leadership Dorchester and President-elect Summerville Chamber of Commerce.  We also own/run a large apparel manufacturing corporation in Summerville with over fifty employees.  Additionally, I have worked for Delta Air Lines for over 19 years as a pilot.  I serve on the executive committee of the The Rice Planters tournament and as a Golfweek Rater.

I write to you today to describe my experiences with Dr Hargrave.  I have been a patient of Ronnie for nearly 10 years and have the utmost respect for him personally and professionally. In fact, he was the key to diagnosing my appendicitis requiring emergency surgery.  I relied on Ronnie for all of my medical recommendations/referrals to specialists.  His genuine concern for me and my family's well-being is missed.  He has called me on his own time to check on my recoveries.  His compassion is something I have not received from any other medical physician for over 30 years!  He is a good friend and neighbor to my parents.  He even helped my in-laws find the correct orthopedic surgeon for 2 muscle reconstructions.

It is my sincere hope that the court takes this letter into consideration at the time of sentencing.  I believe that Dr. Hargrave is an honorable individual, a valuable member of our community and a genuinely good human being.

If you have any questions, please do not hesitate to contact me.

Sincerely,

Robert P Bovender

Robert Bovender

Samuel M. Sims                                              January 17, 2020
Lt Col, USAFR (RET)
798 Inverness Drive
Aurora, IL, 60504

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave, United States v Hargrave [2:18-cr-00425]

Dear Judge Seymour,

I'm writing to request leniency for Dr. Ronald Hargrave in his upcoming sentencing. I've been a patient of his since 2002, which has allowed me to experience his compassion and professionalism first-hand.

I served in the United States Air Force, Air Force Reserve, and Air National Guard for 24 years, 9 months. I have seen combat in Bosnia, Iraq(twice), and Afghanistan. I am currently a Captain for Southwest Airlines, where I've worked for over 19 years. I'm active in Bethany of Fox Valley United Methodist Church and am a regular volunteer at our local Feed My Starving Children charity and serve as a Veteran Outreach volunteer for Habitat For Humanity. During my varied experiences, I've worked with the most competent, dedicated and loyal men and women you can imagine—and some who exhibited these fine qualities to a lesser degree. I've gotten fairly adept at telling who will be a valued teammate and who will merely do the minimum to get by. Dr. Hargrave, an Army Reserve medical Officer himself, has been an excellent teammate for me since I've known him.

In 2002, I was stationed at Charleston AFB, SC and Dr. Hargraves was my Aviation Medical Examiner(AME)—the doctor who certifies to the FAA that I'm physically fit to fly airplanes for a living. In 2003, I moved to my current home in Aurora, IL and chose an AME locally. During my annual physical in 2004, I was due an EKG. The nurse had some difficulty with the EKG machine and I dozed off on the exam table while she worked on it. When she finally got the machine working, it indicated I had an abnormal EKG due to a slight delay between the chambers of my heart beating. The AME told me I had two weeks to see a cardiologist or I would be grounded by the FAA. I was stunned. (As an aside, I'm an avid cyclist and my resting heart rate during the test was 48 beats per minute.) I called several friends to determine how to proceed and they all told me to call Dr. Hargrave.

I hadn't been a patient of his for 2 years, but I called him anyway. He was at the beach with his family, but told me to fax a copy of my EKG to him. This was Friday evening. On Tuesday, the local AME who administered the EKG called me. The chief cardiologist for the FAA had examined my last two EKGs and recommended I be medically cleared. Dr. Hargrave realized my super-efficient heart just didn't need to beat very often and until it got up to speed, it "idled a little rough". My previous EKG was identical, so there was no indication of a change in my heart function. Then, he sent my information to a cardiologist with the proper credentials to attest that I was healthy to fly. ***I wasn't even his patient at the time. He didn't receive a dime from me.***

I'm a Captain now and require a physical exam from an AME every 6 months.  So, twice a year, I fly to Charleston, drive to Mt Pleasant, and get an examination from Dr. Hargrave. I've been doing this since 2005—that's how much he means to me. He is the most compassionate doctor I've ever seen.   His knowledge and professionalism are top-notch.   I know he's in your court because of a mistake he made.   Whatever mistake he made, at its core, he was trying to help someone.   He wants to help people through the practice of medicine—that's the kind of man he is. I am asking for leniency in the sentencing of Dr. Ronald Hargrave.   Thank you for your consideration and service to the community.

Respectfully,

Samuel M. Sims
Lt Col, USAFR, (RET)

William Joseph Allen, III, Lt. Col. USAFR ret.

186 East Shipyard Road

Mount Pleasant, South Carolina  29464

Cell: 843 324-2571

Email: pilotallen@comcast.net

January 16, 2020

The Honorable Margaret B. Seymour

US District Court for South Carolina

85 Broad Street

Charleston, South Carolina  29401

Re: Sentencing of Dr. Ronald Hargrave, United States v. Hargrave [2:18-cr-00425]

Dear Judge Seymour,

I have known Dr. Ronnie Hargrave for nearly 25 years.  He has always been a compassionate and professional individual, answering my calls or texts quickly and giving me advice on how to deal with medical situations regarding my FAA license.  I find it very difficult to square the individual that I've known for close to a quarter of a century – not only as an airline Captain (United Parcel Service) and military officer, but as a friend, with the charges being made by the court.  I know Dr. Hargrave has a good heart and character as I have seen it in action over the years – and I remind the court that he served his nation for what I believe was 30 years as a Colonel in the National Guard, even being deployed after 9/11.

To be blunt, Dr. Hargrave's reputation has been destroyed in this mess – he no longer can practice his profession and I know this has hurt him both in his professional and personal life more than the prosecutor will ever understand.  I am certain that time in jail for Dr. Hargrave will not serve society in any manner, other than to burden taxpayers.  I also remind the court that Dr. Hargrave's wife, Fran, is ill and requires constant care – which if Dr. Hargrave is in jail, creates a potential further burden on his family and taxpayers.  I beg of you to show compassion, wisdom and understanding of all the above during your sentencing of Dr. Hargrave.  Thank you for your consideration.

Sincerely,

William Joseph Allen, III

16 January 2020

The Honorable Margaret B. Seymour

US District Court for South Carolina

85 Broad Street

Charleston, SC 29401

RE: Sentencing of Dr. Ronald Hargrave, United States v Hargrave [2:18-cr-00425]

Dear Judge Seymour:

My name is LtCol Charles Perreault.  I am a USAF Reserve C-17 pilot stationed at Jt Base Charleston SC.  I currently serve as the Assistant Chief Pilot of the 317th Airlift Squadron.  I am also an actively employed pilot at Federal Express.

I was a patient of Dr. Ronald Hargrave from 2009-2019.  My experience with Dr. Hargrave was nothing other than superb.  As a physician, Dr. Hargrave was a consummate example of professionalism and conscientious service to the local Charleston flying community.  The care that he provided me was always top tier.  I found his humility and sense of caring and responsibility truly remarkable.  Dr. Hargrave made himself available 24 hours a day for medical advice for me and my family.  His personal approach to healthcare made him an invaluable asset to keeping our local pilots flying.  I am writing in the hope that his many years of service to our country, coupled with many more years of true community service to area pilots and their families will result in your consideration of leniency with the coming court actions.

Respectfully,

Charles H. Perreault, LtCol, USAFR

January 16, 2020

To whom it may concern:

I am an airline Captain, and I am required by the FAA to get a flight physical every 6 months in order to fly. Dr. Hargrave has been my aeromedical doctor since I moved back to Charleston in 2005.

I would first like to give a background on the importance to a pilot to have a good aeromedical doctor. Myself, along with most pilots, put up with the high pressure, sleep cycle disruptions, working holidays and being away from our homes and families, because we love what we do. Being a pilot is demanding, but rewarding career both financially and otherwise. It is a specific skill and there is little to fall back on if we can no longer fly. As we grow older, we all have a fear to some degree that something health wise will end our career. That's why we rely on a doctor who will not only check us, but help prevent future maladies and will do everything possible to keep us flying. Dr. Hargrave represents all those qualities to the highest degree.

Dr. Hargrave was always available if I needed him for questions. There have been several times I had a question about medicines or procedures, and he responded right away. In fact, he gave me his personal cell number so I could contact him directly at any time. I also know from another pilot who Dr. Hargrave saw after 10 pm, because the pilot was up against a deadline. I know he has helped many pilots that had a health issue and got them back on the best and quickest course to getting better, so they could get back to flying.

As you might imagine, there is always a slight nervousness when getting a physical for the reasons outlined above. Dr. Hargrave was great at putting me at ease and making me relaxed. He always had a smile and would discuss things about my hobbies or my family. He would genuinely take an interest into what I was saying and made me feel comfortable. Simply put, Dr. Hargrave is one of the nicest and caring persons I know.

Dr. Hargrave has been a wonderful aeromedical doctor to us pilots because we knew no matter what happened, he had our backs and would do anything he could to keep us flying.

Sincerely,

Captain Michael Kendrick

The Honorable Margaret B. Seymour

US District Court for South Carolina

85 Broad Street

Charleston, SC 29401

RE: Sentencing of Dr. Ronald Hargrave,
United States v Hargrave (2:18-cr-00425)

Dear Judge Seymour,

My name is Leslie Diane Bauknight, and I am a FedEx Boeing-767 Captain and Line Check Airman.   I am writing on behalf of Dr. Ronald Hargrave, whom I have known for over twenty years.
Dr. Hargrave is not only my flight doctor, but also a trusted friend.
He is a considerate man who bends over backwards to help others.  More than once, Dr. Hargrave has agreed to schedule me for a flight physical during his personal time when last minute schedule changes threatened to make me non-current for flying.
He is a thoughtful person.  I had to cancel a flight physical some years ago, because I caught the flu. Without telling anyone, Dr. Hargrave dropped off a care package of soup, crackers, and ginger ale to my door step on his way home from working at the hospital.
He is a generous man.  Through the years, he has repeatedly offered his baseball tickets to my family for the big Fourth of July celebration at the Joe, because the Fourth happens to be my birthday.
Dr. Hargrave is a good man.  He places others before self, honestly cares about the welfare of those seeking his counsel, and actively seeks to improve the lives of those around him.
Thank-you for your time and consideration.

Sincerely,

*Leslie D. Bauknight signature*

Leslie D. Bauknight, Captain
B-767, FedEx LCA

To Whom it may concern,

My name is Cynthia Hollman.  I currently live in Greenville SC and own
Flight School of Greenville.  I am a Designated Pilot Examiner for the
FAA.  For the last two years I have been Captain for CommutAir, a United
Express carrier.  Most recently, I have been hired with Allegiant Air.

A few months ago, I heard from fellow pilots that Dr Ronald Hargrave was
in legal trouble. I immediately felt sorrow for him.  Then, when my fellow
pilot showed me the news article stating the charges, my jaw dropped and I
said there must be some sort of mistake.  I thought there must be another
doctor with the same name or some sort of mix-up.

I think it was back in 1995 when I first met Dr Ronald Hargrave.  I was a
Paramedic for Charleston County EMS and he was one of the ER doctors we
frequently transported patients to.  Even then, he stood out as one of the
most kind and professional physicians I encountered.  While working as a
paramedic, I was becoming a pilot.  Dr Hargrave was one of the local FAA
medical examiners.  So, once a year for at least 15 years, I went to
receive my medical from him.  All pilots knew you would go to his home
where he had one of his front rooms converted into his office.  Through
all of those years, he was friendly and professional.  I never once saw
him inappropriate.  Over the years, he caringly followed my career.  On my
routine medical visits, we talked about good times and hardships.  In 2002
I made it as an airline pilot and was furloughed in 2005.  I was telling
Dr Hargrave how I had a vision to start my own recycling business.  After
listening to the details, he offered financial help.  Of course, I said,
no, no.  I'll figure it out on my own.  But his caring nature insisted I
take the money and pay him back as I can.  I remember him saying that I
should spend my energy on making the business successful, not worrying
about finances.  I accepted the help and over a couple of years paid him
back.  Now, I have lived enough years and dealt with enough people to know
the people who give to see what they get.  Dr Hargrave is not one of those
people.  He is a rarity in the fact that he truly cares for people.  I
regard him as having the highest morals and values.

I would like to point out that no one asked me to write a character letter
for Dr Ronald Hargrave...I offered.  I am proud to know him on a
professional and friendly level.

Sincerely,

Cynthia Holl

Cynthia Hollman
119 Scarlett St
Greenville SC 29607
843-425-8063

The Honorable Margaret B. Seymour

US District Court for South Carolina

85 Broad Street

Charleston, SC 29401


Re: Sentencing of Dr Ronald Hargrave, United States v Hargrave [2:18-cr-00425]


Dear Judge Seymour:


I am retired C-17 pilot Major Nathan Arkwood from the USAF Reserves and currently a Captain at Delta Air Lines. I would like to write a letter in support of Ronald Hargrave.

Ronald Hargrave served as my FAA flight doctor since 2007. Mr Hargrave has always welcomed me into the office in his home with the warmest hospitality. Occasionally a few pilots waited in the foyer also in line for an FAA checkout, all the while, Mr Hargrave's demeanor and warmness never changed. Although very popular among the pilot peer group, Ronald Hargrave surprisingly made each visit special inquiring about our personal lives, family and remembering what we chatted about on the last visit.

I think of Ronald Hargrave as a friend and surely one of the best persons I've encountered throughout my life.


*Nathan Arkwood*    12 Feb 2020

Captain Nathan Arkwood

Joseph L. Helmer
9 Seahorse Court
Isle of Palms, SC 29451

February 9, 2020

The Honorable Margaret B Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave,
United States vs Hargrave
(2:18-cr-00425)

Dear Judge Seymour:

My name is Joseph Helmer and I am writing this letter on behalf of my friend Dr. Ronald Hargrave. I am presently in my 24th year of employment as a pilot at Delta Airlines. I served 16 years in the USAF as a pilot and separated from the service with the rank of Major. Dr. Hargrave has been my flight surgeon in excess of 15 years. Ronnie has always been a professional and compassionate physician. When my father passed away unexpectedly, I was forced to cancel my mandatory FAA physical which would have grounded me. Ronnie found out and insisted on seeing me at 11pm so I could complete my physical and stay current. Recently after surgery, Ronnie volunteered to help me with the red tape involved in getting back on flying status. He contacted the FAA and made sure I complied with all the required procedures.

I have always known Ronnie to be a caring and compassionate physician and friend. He has served his nation, and the community with devotion and professionalism. Ronnie's humility and genuine concern for others has always stood out, I have always been proud to call Ronnie my friend. I ask that you consider all the good that Dr. Hargrave has done and show leniency for him and his family.

Sincerely,

*Joseph L. Helmer*

Joseph L. Helmer

1544 Regimental Lane
Johns Island, SC 29455
PH: 305-494-4245

Jan 15, 2020

The Honorable Margaret B. Seymour
US District Court for the District of SC
85 Broad St
Charleston, SC 29401

Re: Sentencing of Dr Ronald Hargrave
United States c. Hargrave (2:18-cr-00425)

Dear Judge Seymour:

I am writing this letter requesting your highest consideration for the utmost in leniency and compassion in the sentencing phase of my friend and flight surgeon, Dr. Ron Hargrave.

I first met Ron back in 2007 when I was a Lieutenant Colonel, C-17 evaluator pilot, serving with the US Air Force Reserves (USAFR), based in Charleston, SC. Although serving with the military reserves, I was on long term military leave of absence from my civilian job as a pilot for American Airlines. As such, I was required to maintain my civilian, FAA Class 1 physical requirements. I chose Dr. Hargrave based on numerous recommendations from other friends and pilots, in the Charleston area. Ron was a top-notch flight doctor. In fact, the best! Not only did he provide the required services, but he also took the time to detail many things I could do to improve my health and wellbeing in order to maintain required airline pilot health standards through age 65. Maintaining these physical standards is not an easy task when one realizes all the stresses of being constantly on the road, flying through numerous time zones and maintaining the highest degree of flying knowledge and ability. I directly credit Ron's professional guidance, reinforcement and "24-7" assistance and availability as major factors which maintained my health and kept me medically able to fly. I know of no other flight doctor who shows this much care and effort to help not only myself, but all others.

Ron has also been a friend and mentor of strength and encouragement. Years before he and his wife suffered tremendous loss, when their son unexpectedly past away. I know the emotional difficulty in dealing with the loss of parents. However, I cannot even fathom the loss of losing a son or daughter. I don't exactly know how he copes with it but no doubt, a big part of it is how much he cares about others and how much effort and time he devotes to helping his friends and all others in need.

I first learned of the magnitude of Ron's situation a few days before the trial last summer. I attended a few hours of the closing arguments. It was extremely unpleasant for me as I am sure

it was for his other friends and people who care for him, to see the legal process unfold. That process has ended and I am told that judges have a lot of discretion in the final sentencing phase. When I learned that letters of leniency are helpful, the most difficult thing for me to do was taking an endless novel of good that Ron has done and limiting it to a letter of only one or two pages.

Judge Seymour, I served my country for over 28 years and been through two wars. Although I have always tried to do my best, I am not perfect. No one is. I am still alive and lucky to have my health. I made it this far in life without screwing up too bad. I could not have made it this far without effort, luck and people like Ron Hargrave in my life. Throughout his life Ron has done a lot of good. He has cared and helped more people than most anyone else I have known. He has also lost a lot in his past as I earlier made you aware. We are also both aware that he has lost his career, most of his livelihood and potentially his freedom along with the rest of his life. I am trying very hard with this letter and my words to help him the way he has helped me and many others. He is a good person, a loving husband to his wife and a friend to many. Sentencing him to jail would take away way too much from him. Much more than he deserves considering all the good he has done in his life. It would be devastating to him, his wife and his friends. Please show Dr Ron Hargrave the maximum leniency and compassion your heart allows.

Sincerely,

Lt Col Robert B. Atkatz
USAF Retired

Captain Eric R. Leidheiser

275G Farenholt Avenue
PMB 197
Tamuning, GU 96913
GUAM
843-324-1930

15 February 2020

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC 29401

Re: Sentencing of Dr. Ronald Hargrave, United States v Hargrave [2:18-cr-00425]

Dear Judge Seymour,

My name is Eric Leidheiser and am writing this letter in support of Dr. Ronald Hargrave. He has been my long-standing FAA doctor for over 20 years, ensuring that my livelihood as a commercial pilot for United Airlines remains on track.

I was lucky enough to attend and graduate from the United States Air Force Academy in 1986 and serve in the United States Air Force. I humbly retired after 26 years of service as a Lieutenant Colonel and continued on with my flying career at United Airlines. Now a Boeing 737 Captain in the US Territory of Guam, I still relied on Dr Hargrave's expertise and dedication to serving myself and hundreds of my fellow commercial pilots throughout the region.

With my experiences, I feel I have a pretty good handle on the character of people. Dr Hargrave, for whom I've known for over twenty year, is at the top of that list. He has always operated on the principle that he is there to serve his pilot's needs and has long-standing record of meeting many, at all hours of the night and on weekends, to help us meet our obligations with the FAA. You will not find many doctors that will do such a thing. While I do not know the specifics of Dr. Hargrave's case, I do know he is a good man. I ask that you please consider this factor in his sentencing.

Sincerely yours,

Captain Eric R. Leidheiser

Westel Willoughby

135 Back Tee Circle

Summerville, SC  29485

February 14, 2020

The Honorable Margaret B. Seymour
US District Court for South Carolina
85 Broad Street
Charleston, SC  29401

Re:  Sentencing of Dr. Ronald Hargrave,
United States v Hargrave (2:18-cr-00425)

Dear Judge Seymour,

My name is Wes Willoughby and I am a retired Lieutenant Colonel in the United
States Air Force.  After serving my country for 24 years, to include 300 combat
missions, I retired from the Air Force and was hired by OMNI Air International
where I continued to fly US Troops worldwide for another eight years.  I've always
considered the military my family and now even more so as I watch the young men
and women serve our country.  I'm passionate about the wounded warrior program
and have hosted two events in past years.  Currently, I am employed by UPS airlines.
In short, aviation has been my life since 1987.

I have known Dr. Ronnie Hargrave in both a professional capacity and as a friend for
over 20 years.  His professional commitment to aviation as an AME and National
Guardsman has been nothing but exemplary.  Ronnie goes the 'extra mile' for others.
In my case, I had an issue with my EKG that grounded me from flying for nearly two
months until the Air Force could send me to Brooks AFB, TX for an extensive
evaluation.  Eventually, I was cleared to return to flight status by the Air Force.
Then came time for my FAA flight physical.  I brought my military medical records to
Ronnie who spent quite some time communicating back and forth with the FAA
trying to clear me to fly.  After nearly a week, Ronnie succeeded and I was able to
continue my aviation career.  I would like to point out that Ronnie never asked for
compensation for this additional work.  All I paid was the standard flight physical
fee.  Such was my introduction to this selfless man that has since become a close
friend.  I would also like to point out that my case is not unique.  Ronnie has done
the same for at least two cancer survivors, one of whom is a good friend of mine.
Donating his own time to help others is his mantra.

Along with a completely full courtroom of friends, I was able to attend the last day of
closing arguments in Ronnie's trial.  I got the distinct impression that the 'opioid

To Whom It May Concern

I am writing this letter today on behalf of Dr Ronald Hargrave. I met Dr Ronald Hargrave for the first time when I myself was a patient in the Emergency Room at TRMC- I was a young single parent with two children and was admitted to the hospital for Double Pneumonia and congestive Heart Failure. Dr Hargrave provided me with not only excellent care but Compassion. I was Very sick and he not only helped me with my symptoms but he treated me as a person. a Mom with two young children at home. One point I remember is he said I would want my wife to be comfortable and she was a single mom.

Very shortly after meeting Dr Hargrave as a patient in 2008 I began working with him on a professional level when he became our Medical Director at TRMC Homecare and Hospice- While working together caring for our patients we also became close friends. Ronnie met my children Lindsay and Wyatt and ultimately became more of a father to them than their own father has ever been- I will give a few examples as I could write forever how giving this man has been. My Daughter Lindsay had knee

Surgery and required hospitalization as well as extensive care post operative. Ronnie knew I had to go back to work as I was a single parent and he came to my home, picked my Daughter up and drove her back to his home in Mt Pleasant so she could be properly cared for. This allowed me to be able to go back to work as the soul provider to my children.

Another example of his compassion and generosity is when Lindsay was a Senior in Highschool. Dr Hargrave, being a Colonel in the National Guard wore his "dress blues" and walked my Daughter onto the football field for Homecoming. My own Father was a retired Colonel in the US Army and at the time was in the Intensive Care Unit in Beaufort SC dying of symptoms related to Parkinson's Disease. Papa couldn't walk his Baby Girl onto the Field but Ronnie dropped everything to make sure her night was special!

One night around 1000 pm Dr Hargrave and I were just finishing up seeing our Hospice patients. I was on Call for Hospice and went to pump gas. for some reason my Card would not work and I had NO

gas, no cash and was 70 miles away from Home. I called Dr Hargrove who was already on the way home and he came back to my rescue - Not only did he fill up my tank, give me Cash but Soon after that I received a Credit Card in the mail and a note saying "Keep this and use it when you need to It has your name on it!

I could give many more examples of the Kindness and generosity of Dr Hargrove in my personal life but it would take DAYS! He has helped me financially with my Children to-include buying groceries, 2 Refrigerators (small/Regular), Christmas gifts, Letterman's Jacket for my Daughter, Highschool rings, highschool incidentals and even helped with my Daughter's wedding and Honeymoon- He has been more of a Father to my Children than their Own biological Father and has Always Been there for us!

Professionally- Dr Hargrave always
put his patients first- He would make
home visits to see them day or night
depending on their needs- He always
made sure they felt comfortable with
him and always was supportive to
them throughout their Hospice journey
As well as support their families-

I have seen Dr Hargrave pay for
funerals (donations) Assist with, food for patients,
blankets and other "feel good items"
for our patients even when he didn't
know them very well (based on
what our hospice team told him).
He was Always available by phone
Day or night to serve our patients
and provide them the hospice care
they needed.

As a final note Dr Hargrave's
Wife Fran became ill many
Years ago and requires 24 hour

Supervision/care due to memory deficits- I have seen him care for her and oversee her care in order for him to work and care for others. His selflessness to others always comes before his own personal needs-

I am available at any time for any questions regarding the integrity and dedication of Dr Hargrave

Sincerely
Anne Handy RN BSN
803-528-3350